# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Larry Carroll**

Debtor(s)

Case No.    **12-51916**

Chapter    **13**

**TO:**

| | | |
|---|---|---|
| Bank of America | Bottom Dollar | Members Credit Union |
| 14346 Warwick Blvd., #300 | 4 Solomon's Arcade | 2250 Silas Creek Pkwy |
| Newport News, VA  23602 | Charlestown, Nevis West Indies | Winston Salem, NC  27103 |

# NOTICE TO
# CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Larry Carroll**

Date:  1/8/2013

By    /s/ Steve C. Taylor

Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.:    **31174**
Address:    **Law Office of Steve C. Taylor, P.C.**
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
Telephone No.:    **(757) 482-5705**

## CERTIFICATION

I certify that on  **1/8/2013**    , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Steve C. Taylor

**Steve C. Taylor**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]